IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT EDMUND DECKER, KEVIN BRUCE DECKER, KIMBERLY JEAN DECKER, JODI LYNN BRADDOCK, and BRIAN KENT DECKER, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN COMPANY SERVICES, INC. AND METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendants. | CASE NUMBER: <u>5:18-cv-00161-TES</u> |

NOTICE OF SETTLEMENT

COMES NOW the remaining parties to the above-styled action, by and through their respective undersigned counsel of record, and hereby inform the Court that a settlement of the present matter has been reached and the parties are in the process of finalizing this settlement.

WHEREFORE, said parties hereby request that this Court vacate all dates and deadlines currently set on the calendar for the present matter.

Respectfully submitted this 1st day of August, 2018.


FRIER & OULSNAM, P.C.                      WOMBLE BOND DICKINSON (US) LLP

By: */s/ Donald R. Oulsnam*                By: */s/ Elizabeth J. Bondurant*
    Donald R. Oulsnam                          Elizabeth J. Bondurant
    Georgia State Bar No. 555660               Georgia State Bar No. 066690
    110 South Jefferson Street                 271 17th Street, N.W.
    Milledgeville, Georgia 31061               Atlanta, GA 30363-1017
    (478)454-5444                              (404)872-7000
    droulsnam@windstream.net                   lisa.bondurant@wbd-us.com

ATTORNEYS FOR PLAINTIFFS                    ATTORNEYS FOR DEFENDANT, METLIFE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Elizabeth J. Bondurant
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, N.W.
Atlanta, GA 30363-1017
lisa.bondurant@wbd-us.com

*/s/ Donald R. Oulsnam*
Donald R. Oulsnam